UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dacarrus Vanchell Staton            Docket No. 5:20-CR-417-1M

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dacarrus Vanchell Staton, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 5, 2021, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dacarrus Vanchell Staton was released from custody on December 2, 2024, at which time the term of supervised release commenced.

On January 21, 2025, a Violation Report was submitted to the court regarding the defendant's use marijuana. Supervision was allowed to continue with no further action from the court.

On February 4, 2025, a Violation Report was submitted to the court regarding the defendant's use marijuana. Supervision was allowed to continue with an increase in treatment and no further action from the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 18, 2025, the defendant submitted a drug screen that was positive for marijuana. Lab confirmation was received on February 22, 2025, and an Interpretation Report about the drug screen levels was received on March 6, 2025, confirming new use. The defendant was confronted about his use and his non-compliance. During this conversation, the defendant admitted to using marijuana on March 5, 2025. The defendant has expressed a desire to get clean and not rely on marijuana as a crutch. He is engaged in treatment at First Step Services, and the provider agrees that there is a desire to abstain from using illicit substances. Due to his continued non-compliance, the probation office requests that the conditions of supervised release be modified to include 20 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Dacarrus Vanchell Staton
Docket No. 5:20-CR-417-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: July 16, 2025 |

### ORDER OF THE COURT

Considered and ordered this 16th day of July, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge